ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
JAN 1 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                     ) Chapter 13
                                           )
MICHAEL SHAWN HAWKINS                      ) Case No. 07-50340 SLJ
                                           )
                                           ) **NOTICE OF UNCLAIMED DIVIDEND**
          Debtor                           )
                                           )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2482173 for an unclaimed dividend in the amount of $2.50. The name and address of the claimant entitled to the unclaimed dividend is as follows;

MICHAEL SHAWN HAWKINS
***MAIL RET'D 11/10***
375 LYNN AVE
MILPITAS, CA 95035

Dated: January 06, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE